**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6032**

———————

JAMES FRANKLIN PIPES,

            Plaintiff – Appellant,

      v.

CORRECTIONAL MEDICAL SERVICES; WEXFORD HEALTH SOURCES, INC.;
KEEFE COMMISSARY NETWORK LLC; DARRELL V. MCGRAW, JR.,
Attorney General of West Virginia; JAMES RUBENSTEIN,
Commissioner; THOMAS MCBRIDE, Previous Warden; DAVID
BALLARD, Warden; THE DEPARTMENT OF VETERANS' AFFAIRS,

            Defendants – Appellees.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
Chief District Judge.  (2:09-cv-00921)

———————

Submitted:  May 20, 2010               Decided:  May 26, 2010

———————

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Franklin Pipes, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Franklin Pipes, a West Virginia prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Pipes' 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)(1) (2006) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pipes v. Corr. Med. Servs., No. 2:09-cv-00921 (S.D.W. Va. Dec. 10, 2009). We deny Pipes' motion seeking leave to proceed as a veteran and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED